# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ALBERTO COTA,<br><br>                      Defendant. | Case No.: 3:13-cr-04112-GPC<br><br>**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>**[ECF No. 30]** |

Defendant in this case pled guilty on November 14, 2013, to one count of importing a controlled substance in violation of 21 U.S.C. §§ 952 and 960. (ECF No. 13 at 2.) The agreement governing Defendant's plea prohibited him from seeking early termination of supervised release until he completed two-thirds of his supervision term. (*Id.* at 10.) On March 28, 2014, the Court entered a criminal judgment sentencing Defendant to 37 months of imprisonment and three years of supervised release. (ECF No. 26.) According to the Probation Office, Defendant commenced his term of supervision in the Western District of Tennessee on June 28, 2016.

On June 15, 2018, the Court received a motion from Defendant seeking early termination of his supervised release. (ECF No. 30.) The Court issued an order directing the Probation Office to offer a response to Defendant's motion. (ECF No. 31.) The Probation Office responded on July 2, 2018.

1

In its response, the Probation Office indicates that it is "not inclined to support" Defendant's request for early termination of his supervised release. The authoring Supervising U.S. Probation Officer explains that Defendant's circumstances do not meet the Probation Office's local criteria for early termination. This is because (1) Defendant's underlying offense conduct included attempting to smuggle $336,000 worth of cocaine through a port of entry, (2) at the time of that conduct Defendant had prior drug-related and domestic-violence convictions, and (3) Defendant was arrested, though not prosecuted, five times for various offenses between 1995 and 2013.

After consideration of the issues noted in the Probation Office's response, the Court declines to exercise its discretion to terminate Defendant's supervised release.

**IT IS SO ORDERED.**

Dated: July 11, 2018

Hon. Gonzalo P. Curiel
United States District Judge